COPY

JAMES C. POTEPAN (SBN 107370)
COURTNEY E. CURTIS (SBN 245231)
ROPERS, MAJESKI, KOHN & BENTLEY
515 South Flower Street, Suite 1100
Los Angeles, CA 90071-2213
Telephone: (213) 312-2000
Facsimile: (213) 312-2001
Email:    jpotepan@rmkb.com
          ccurtis@rmkb.com

Attorneys for Defendant
MOET HENNESSY USA, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICYN PACKARD, an individual, | Case No.: CV12-03691 RGK (MANx) |
| Plaintiff, | Complaint Filed: 03/29/2012 |
| v. | **DEFENDANT'S CERTIFICATION AS TO INTERESTED PARTIES** |
| MOET HENNESSY USA, INC., a Delaware corporation; and DOES 1 through 50, inclusive, | [Central District Local Rule 7.1-1] |
| Defendants. | |

**TO THE COURT AND ALL PARTIES APPEARING OF RECORD:**

Pursuant to Central District Local Rule 7.1-1, the undersigned, counsel of record for Defendant Moet Hennessy USA, Inc., certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Moet Hennessy USA, Inc. (Defendant);
2. LVMH Moet Hennessy Louis Vuitton S.A.;
3. Polmos Zyrardow;
4. Last Exit;

5. Travelers Insurance Company.

Dated: April 27, 2012

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ *James C. Potepan*
JAMES C. POTEPAN
COURTNEY E. CURTIS
Attorneys for Defendant
MOET HENNESSY USA, INC.

CASE NAME: *Alicyn Packard v. Moet Hennessy USA, Inc., et al.*

ACTION NO.:

## PROOF OF SERVICE

**METHOD OF SERVICE:**

☒ First Class Mail    ☐ Facsimile    ☐ Personal Delivery By Messenger Service

☐ Overnight Delivery    ☐ E-Mail/Electronic Delivery

1. At the time of service I was over 18 years of age and not a party to this action.

2. My business address is 515 South Flower Street, Suite 1100, Los Angeles, California 90071.

3. On April 27, 2012, I served the following document:

**DEFENDANT'S CERTIFICATION AS TO INTERESTED PARTIES**
**[Central District Local Rule 7.1-1]**

4. I served the documents on the persons at the address below (along with their fax numbers and/or email addresses if service was by fax or email):

| | |
|---|---|
| Jeffrey F. Gersh, Esq. (SBN #87124)<br>Paul B. Derby, Esq. (SBN #211352)<br>GERSH/DERBY, Attorneys at Law<br>15821 Ventura Boulevard, Suite 515<br>Encino, California 91436<br>Telephone: (818) 536-5700<br>Facsimile: (818) 981-4618<br>jgersh@gershderbylaw.com<br>pderby@gershderbylaw.com | *Attorneys for Plaintiff ALICYN PACKARD* |

5. I served the documents by the following means:

    a. ☒ **By United States Mail**: I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses specified in item 4 and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for

RC1/6447581.1/TP1

PROOF OF SERVICE

1 | collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

      b. ☐ **By Overnight Delivery**: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

      c. ☐ **Personal Service By Messenger Delivery**: I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 4 and providing them to a messenger for service.

      d. ☐ **By Fax Transmission**: Based on an agreement between the parties and in conformance with Fed. Rules Civ. Proc. rule 5, and/or as a courtesy, I faxed the documents to the persons at the fax numbers listed in item 4.

      e. ☐ **By Email or Electronic Transmission**: Based on an agreement between the parties and/or as a courtesy, I sent the documents to the persons at the email addresses listed in item 4. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

      I am employed in the office of a member of the bar of this court at whose direction the service was made. I certify under penalty of perjury that the foregoing is true and correct.

DATED: April 27, 2012             _/s/ Toni Pierson_
                                           TONI PIERSON

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles