JAMES C. POTEPAN (SBN 107370)
COURTNEY E. CURTIS (SBN 245231)
ROPERS, MAJESKI, KOHN & BENTLEY
515 South Flower Street, Suite 1100
Los Angeles, CA 90071-2213
Telephone: (213) 312-2000
Facsimile: (213) 312-2001
Email: jpotepan@rmkb.com
ccurtis@rmkb.com

Attorneys for Defendant
MOET HENNESSY USA, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICYN PACKARD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MOET HENNESSY USA, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 12-CV-03691 RGK (MANx)<br><br>*Assigned Judge: Hon. R. Gary Klausner*<br><br>Complaint Filed: 03/29/2012<br><br>**STIPULATION TO EXTEND THE TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>[Concurrently Filed With Proposed Order Re Same] |

This Stipulation is entered into by and between Plaintiff Alicyn Packard ("Plaintiff") and Defendant Moet Hennessy USA, Inc. ("Defendant"), through their respective counsel, with regard to the following:

**WHEREAS**, on March 29, 2012, an action was commenced against Defendant in the Superior Court of California, County of Los Angeles, L.A.S.C. Case No. BC481858, entitled *Packard v. Moet Hennessy USA, Inc.*;

**WHEREAS**, on March 30, 2012, service was made on Defendant of Plaintiff's summons and complaint;

1  **WHEREAS**, on April 27, 2012, Defendant filed a Notice of Removal of the action to this Court, pursuant to 28 U.S.C. §§ 1332(a) and 1441(b);

3  **WHEREAS**, Defendant requests that the time within which they may answer or otherwise respond to Plaintiff's complaint be extended **to June 1, 2012**;

5  **WHEREAS**, Defendant's request is made on the grounds that the parties have scheduled and will be participating in an early mediation with Hon. Steven J. Stone (Ret.) on May 14, 2012, and Defendant wishes to avoid the time and expense of preparing a responsive pleading if the matter can be resolved at or shortly after the May 14, 2012 mediation;

10  **WHEREAS**, this is Defendant's first request for an extension of time to file an answer or otherwise respond to Plaintiff's complaint;

12  **ACCORDINGLY, IT IS HEREBY STIPULATED** by and between Plaintiff and Defendant, through their respective counsel, that Defendant has until **June 1, 2012** to answer or otherwise respond to Plaintiff's complaint.

15  **SO STIPULATED.**

Dated:   April 30, 2012            GERSH | DERBY, ATTORNEYS AT LAW

                                   By: _____
                                   JEFFREY F. GERSH
                                   PAUL B. DERBY
                                   Attorneys for Plaintiff
                                   ALICYN PACKARD

Dated:   April 30, 2012            ROPERS MAJESKI KOHN & BENTLEY

                                   By: _____
                                   JAMES C. POTEPAN
                                   Attorneys for Defendant
                                   MOET HENNESSY USA, INC.

RC1/6447769.1/CC10                 - 2 -

| | |
|---|---|
| CASE NAME: | *Alicyn Packard v. Moet Hennessy USA, Inc., et al.* |
| ACTION NO.: | CV12-03691-RGK(MANx) |

**PROOF OF SERVICE**

**METHOD OF SERVICE:**

☒ First Class Mail    ☐ Facsimile    ☐ Personal Delivery By Messenger Service

☐ Overnight Delivery    ☐ E-Mail/Electronic Delivery

1. At the time of service I was over 18 years of age and not a party to this action.

2. My business address is 515 South Flower Street, Suite 1100, Los Angeles, California 90071.

3. On April 30, 2012, I served the following document:

**STIPULATION TO EXTEND THE TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**
**[Concurrently Filed With Proposed Order Re Same]**

4. I served the documents on the persons at the address below (along with their fax numbers and/or email addresses if service was by fax or email):

| | |
|---|---|
| Jeffrey F. Gersh, Esq. (SBN #87124)<br>Paul B. Derby, Esq. (SBN #211352)<br>GERSH/DERBY, Attorneys at Law<br>15821 Ventura Boulevard, Suite 515<br>Encino, California 91436<br>Telephone: (818) 536-5700<br>Facsimile: (818) 981-4618<br>jgersh@gershderbylaw.com<br>pderby@gershderbylaw.com | *Attorneys for Plaintiff ALICYN PACKARD* |

5. I served the documents by the following means:

    a. ☒ **By United States Mail**: I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses specified in item 4 and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for

RC1/6447581.1/TP1

PROOF OF SERVICE

collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    b. ☐ **By Overnight Delivery**: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

    c. ☐ **Personal Service By Messenger Delivery**: I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 4 and providing them to a messenger for service.

    d. ☐ **By Fax Transmission**: Based on an agreement between the parties and in conformance with Fed. Rules Civ. Proc. rule 5, and/or as a courtesy, I faxed the documents to the persons at the fax numbers listed in item 4.

    e. ☐ **By Email or Electronic Transmission**: Based on an agreement between the parties and/or as a courtesy, I sent the documents to the persons at the email addresses listed in item 4. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I am employed in the office of a member of the bar of this court at whose direction the service was made. I certify under penalty of perjury that the foregoing is true and correct.

DATED: April 30, 2012            *Toni Pierson*
                                         TONI PIERSON

RC1/6447581.1/TP1

PROOF OF SERVICE