1  JAMES C. POTEPAN (SBN 107370)
2  COURTNEY E. CURTIS (SBN 245231)
   ROPERS, MAJESKI, KOHN & BENTLEY
3  515 South Flower Street, Suite 1100
   Los Angeles, CA 90071-2213
4  Telephone: (213) 312-2000
   Facsimile: (213) 312-2001
5  Email:     jpotepan@rmkb.com
              ccurtis@rmkb.com
6
7  Attorneys for Defendant
   MOET HENNESSY USA, INC.

8              UNITED STATES DISTRICT COURT
9             CENTRAL DISTRICT OF CALIFORNIA
10

11 ALICYN PACKARD, an individual,       Case No.: 12-CV-03691

12         Plaintiff,                    *Assigned Judge: Hon. R. Gary Klausner*

13      v.                               Complaint Filed: 03/29/2012

14 MOET HENNESSY USA, INC., a
15 Delaware corporation; and DOES 1     **STIPULATION TO FURTHER
   through 50, inclusive,               EXTEND THE TIME FOR
16                                       DEFENDANT TO RESPOND TO
           Defendants.                   PLAINTIFF'S COMPLAINT**
17
18                                       **[Concurrently Filed With Proposed
                                         Order Re Same]**
19

20      This Stipulation is entered into by and between Plaintiff Alicyn Packard
21 ("Plaintiff") and Defendant Moet Hennessy USA, Inc. ("Defendant"), through their
22 respective counsel, with regard to the following:
23      **WHEREAS,** on March 29, 2012, an action was commenced against
24 Defendant in the Superior Court of California, County of Los Angeles, L.A.S.C.
25 Case No. BC481858, entitled *Packard v. Moet Hennessy USA, Inc.*;
26      **WHEREAS,** on March 30, 2012, service was made on Defendant of
27 Plaintiff's summons and complaint;
28

RC1/6447769.1/CC10              - 1 -

*Ropers Majeski Kohn & Bentley*
*A Professional Corporation*
*Los Angeles*

**WHEREAS**, on April 27, 2012, Defendant filed a Notice of Removal of the action to this Court, pursuant to 28 U.S.C. §§ 1332(a) and 1441(b);

**WHEREAS**, on May 14, 2012, the parties voluntarily participated in a mediation with JAMS before the Hon. Steven J. Stone (Ret.), which mediation has since resulted in the parties agreeing on settlement terms;

**WHEREAS**, the parties are now endeavoring to document and execute a settlement agreement that will resolve this matter in its entirety and result in its dismissal, but require more time to complete that settlement agreement;

**WHEREAS**, Defendant requests that the time within which they may answer or otherwise respond to Plaintiff's complaint be extended **to July 1, 2012**;

**WHEREAS**, Defendant's request is made on the grounds that the parties have agreed on the terms of a settlement but require more time to document and execute the settlement agreement; and Defendant wishes to avoid the time and expense of preparing a responsive pleading given the parties expect the matter to be settled and a notice of dismissal filed by July 1, 2012;

**ACCORDINGLY, IT IS HEREBY STIPULATED** by and between Plaintiff and Defendant, through their respective counsel, that Defendant has until **July 1, 2012** to answer or otherwise respond to Plaintiff's complaint.

**SO STIPULATED.**

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

RCI/6447769.1/CC10

- 2 -

1  Dated:      May 22, 2012            GERSH | DERBY, ATTORNEYS AT
2                                      LAW

3                                      By: _____
4                                      JEFFREY F. GERSH
                                       PAUL B. DERBY
5                                      Attorneys for Plaintiff
                                       ALICYN PACKARD
6

7  Dated:      May 22, 2012            ROPERS MAJESKI KOHN &
                                       BENTLEY
8

9

10                                     By: _____
                                       JAMES C. POTEPAN
11                                     COURTNEY E. CURTIS
                                       Attorneys for Defendant
12                                     MOET HENNESSY USA, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_Ropers Majeski Kohn & Bentley_
_A Professional Corporation_
_Los Angeles_