JAMES C. POTEPAN (SBN 107370)
COURTNEY E. CURTIS (SBN 245231)
ROPERS, MAJESKI, KOHN & BENTLEY
515 South Flower Street, Suite 1100
Los Angeles, CA 90071-2213
Telephone: (213) 312-2000
Facsimile: (213) 312-2001
Email:      jpotepan@rmkb.com
            ccurtis@rmkb.com

Attorneys for Defendant
MOET HENNESSY USA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICYN PACKARD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MOET HENNESSY USA, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 12-CV-03691<br><br>*Assigned Judge: Hon. R. Gary Klausner*<br><br>Complaint Filed:       03/29/2012<br><br>**[PROPOSED] ORDER FURTHER EXTENDING THE TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |

## [PROPOSED] ORDER

The Court, having read and considered the Stipulation to Further Extend the Time for Defendant Moet Hennessy USA, Inc. ("Defendant") to Respond to Plaintiff's Complaint, filed by the parties, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT** Defendant has until **July 1, 2012** to answer or otherwise respond to Plaintiff's complaint.

Dated: _____          _____

                                              Hon. R. Gary Klausner

                                    United States District Court Judge

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles