1  JAMES C. POTEPAN (SBN 107370)
2  COURTNEY E. CURTIS (SBN 245231)
   ROPERS, MAJESKI, KOHN & BENTLEY
3  515 South Flower Street, Suite 1100
   Los Angeles, CA  90071-2213
4  Telephone:  (213) 312-2000
   Facsimile:  (213) 312-2001
5  Email:      jpotepan@rmkb.com
               ccurtis@rmkb.com
6
   Attorneys for Defendant
7  MOET HENNESSY USA, INC.

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICYN PACKARD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MOET HENNESSY USA, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 12-CV-03691 RGK (MAN)<br><br>*Assigned Judge:* Hon. R. Gary Klausner<br><br>Complaint Filed: 03/29/2012<br><br>**STIPULATION FOR FURTHER EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT DUE TO SETTLEMENT OF THE ACTION**<br><br>[Concurrently Filed With Proposed Order Re Same] |

   This Stipulation is entered into by and between Plaintiff Alicyn Packard ("Plaintiff") and Defendant Moet Hennessy USA, Inc. ("Defendant"), through their respective counsel, with regard to the following:

   **WHEREAS,** Plaintiff commenced this action against Defendant on or about March 29, 2012;

   **WHEREAS,** on May 14, 2012, the parties participated in a mediation before Hon. Steven Stone (Ret.) at JAMS;

1  WHEREAS, the parties have now agreed on terms that would fully and
2  finally resolve this matter, and have been working to finalize and execute the
3  settlement documents;

4  WHEREAS, the parties expect that the settlement documents will be fully
5  executed and the settlement amount paid to Plaintiff this week, in which case the
6  parties would only be waiting on the settlement check to clear next week before the
7  parties can file a stipulation for dismissal;

8  WHEREAS, the current deadline for Defendant to respond to the complaint
9  is set for this Friday, June 15, 2012;

10  WHEREAS, the parties have agreed to extend the response date by one
11  additional week to permit time for the settlement check to clear and for the parties
12  to file a stipulation for dismissal;

13  **ACCORDINGLY, IT IS HEREBY STIPULATED** by and between
14  Plaintiff and Defendant, through their respective counsel, that Defendant has until
15  **June 22, 2012** to answer or otherwise respond to Plaintiff's complaint.

16  **SO STIPULATED.**

17  Dated:      June 13, 2012          GERSH | DERBY, ATTORNEYS AT LAW

19                                    By: /s/ Paul B. Derby
20                                        JEFFREY F. GERSH
                                          PAUL B. DERBY
21                                        Attorneys for Plaintiff
                                          ALICYN PACKARD

23  Dated:      June 13, 2012          ROPERS MAJESKI KOHN & BENTLEY

25                                    By: /s/ James C. Potepan
26                                        JAMES C. POTEPAN
                                          Attorneys for Defendant
27                                        MOET HENNESSY USA, INC.

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles