JAMES C. POTEPAN (SBN 107370)
COURTNEY E. CURTIS (SBN 245231)
ROPERS, MAJESKI, KOHN & BENTLEY
515 South Flower Street, Suite 1100
Los Angeles, CA 90071-2213
Telephone: (213) 312-2000
Facsimile: (213) 312-2001
Email: jpotepan@rmkb.com
ccurtis@rmkb.com

Attorneys for Defendant
MOET HENNESSY USA, INC.

**DENIED**
BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICYN PACKARD, an individual, <br><br> Plaintiff, <br><br> v. <br><br> MOET HENNESSY USA, INC., a Delaware corporation; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.: 12-CV-03691 RGK (MAN) <br><br> *Assigned Judge:* Hon. R. Gary Klausner <br><br> Complaint Filed: 03/29/2012 <br><br> **[PROPOSED] ORDER GRANTING STIPULATION FOR FURTHER EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT DUE TO SETTLEMENT OF THE ACTION** |

## [PROPOSED] ORDER

The Court, having read and considered the Stipulation For Further Extension of Time for Defendant Moet Hennessy USA, Inc. ("Defendant") to Respond to Plaintiff's Complaint Due to Settlement of the Action, filed by the parties, and good cause appearing therefor,

/ / /

/ / /

RC1/6503414.1/CC10                                     - 1 -

1  ~~**IT IS HEREBY ORDERED THAT** Defendant has until **June 22, 2012** to~~
2  ~~answer or otherwise respond to Plaintiff's complaint.~~
3  THE STIPULATION IS DENIED.
4  IT IS SO ORDERED.

6  Dated: June 14, 2012          _/s/ Gary Klausner_____
7                                Hon. R. Gary Klausner
8                                United States District Court Judge