1  JAMES C. POTEPAN (SBN 107370)
2  COURTNEY E. CURTIS (SBN 245231)
   ROPERS, MAJESKI, KOHN & BENTLEY
3  515 South Flower Street, Suite 1100
   Los Angeles, CA  90071-2213
4  Telephone:  (213) 312-2000
   Facsimile:   (213) 312-2001
5  Email:      jpotepan@rmkb.com
               ccurtis@rmkb.com
6
7  Attorneys for Defendant
   MOET HENNESSY USA, INC.

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  ALICYN PACKARD, an individual,        Case No.:  12-CV-03691 RGK (MAN)

12            Plaintiff,                   *Assigned Judge:  Hon. R. Gary Klausner*

13      v.                                 Complaint Filed:  03/29/2012

14  MOET HENNESSY USA, INC., a
    Delaware corporation; and DOES 1      **STIPULATION FOR DISMISSAL
15  through 50, inclusive,                 OF THE ENTIRE ACTION WITH
                                           PREJUDICE**
16            Defendants.
                                           **[Concurrently Filed With Proposed
17                                         Order Re Same]**

18

19

20       This Stipulation is entered into by and between Plaintiff Alicyn Packard

21  ("Plaintiff") and Defendant Moet Hennessy USA, Inc. ("Defendant"), through their

22  respective counsel, with regard to the following:

23       **WHEREAS**, Plaintiff commenced this action against Defendant on or about

24  March 29, 2012;

25       **WHEREAS**, on May 14, 2012, the parties participated in a mediation before

26  Hon. Steven Stone (Ret.) at JAMS;

27       **WHEREAS**, the parties have now reached a final settlement agreement

28  concerning the resolution of all of the claims asserted in this action;

RC1/6505063.1/CC10                    - 1 -

*Ropers Majeski Kohn & Bentley*
*A Professional Corporation*
*Los Angeles*

1    **ACCORDINGLY, IT IS HEREBY STIPULATED** by and between

2    Plaintiff and Defendant, through their respective counsel, that this entire action may

3    and shall be dismissed with prejudice, and that each party shall bear her, or its own

4    costs and attorneys' fees.

5         **SO STIPULATED.**

6    Dated:      June 15, 2012          GERSH | DERBY, ATTORNEYS AT
                                        LAW
7

8                                       By: _____

9                                       JEFFREY F. GERSH
                                        PAUL B. DERBY
10                                      Attorneys for Plaintiff
                                        ALICYN PACKARD
11

12   Dated:      June 15, 2012          ROPERS MAJESKI KOHN &
                                        BENTLEY
13

14

15                                      By: /s/ James C. Potepan
                                        JAMES C. POTEPAN
16                                      Attorneys for Defendant
                                        MOET HENNESSY USA, INC.
17

18

19

20

21

22

23

24

25

26

27

28

RC1/6505063.1/CC10                      - 2 -

CASE NAME:      *Packard V. Moet Hennessey USA, Inc., et al.,*

ACTION NO.:     12-CV-03691 RGK (MAN)

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document:

### STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE

was filed with the Court's ECF system, which, in turn, served a true and accurate copy on the following listed counsel as follows:

☒ **Electronically Served through ECF:**

Jeffrey F. Gersh, Esq.          jgersh@gershderbylaw.com
Paul B. Derby, Esq.             pderby@gershderbylaw.com

☐ **Conventionally Served through U.S. Mail Delivery:**


Dated:  June 15, 2012

                              /s/ *James C. Potepan*
                              JAMES C. POTEPAN

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles