JAMES C. POTEPAN (SBN 107370)
COURTNEY E. CURTIS (SBN 245231)
ROPERS, MAJESKI, KOHN & BENTLEY
515 South Flower Street, Suite 1100
Los Angeles, CA 90071-2213
Telephone: (213) 312-2000
Facsimile: (213) 312-2001
Email: jpotepan@rmkb.com
ccurtis@rmkb.com

Attorneys for Defendant
MOET HENNESSY USA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICYN PACKARD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MOET HENNESSY USA, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 12-CV-03691 RGK (MAN)<br><br>*Assigned Judge:* Hon. R. Gary Klausner<br><br>Complaint Filed: 03/29/2012<br><br>**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO STIPULATION OF THE PARTIES** |

**[PROPOSED] ORDER**

The Court, having read and considered the Stipulation for Dismissal of the Entire Action with Prejudice, filed by Plaintiff Alicyn Packard ("Plaintiff") and Defendant Moet Hennessy USA, Inc. ("Defendant"), and good cause appearing therefor,

/ / /
/ / /
/ / /
/ / /
/ / /

RC1/6505175.1/CC10

- 1 -

**IT IS HEREBY ORDERED THAT:**

    a.    the entire action be dismissed with prejudice; and

    b.    that each party bear her or its own costs, expenses, and attorneys' fees incurred in connection with the action.

Dated: _____

                                                            Hon. R. Gary Klausner

                                           United States District Court Judge

| | |
|---|---|
| CASE NAME: | *Packard V. Moet Hennessey USA, Inc., et al.,* |
| ACTION NO.: | 12-CV-03691 RGK (MAN) |

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document:

**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO STIPULATION OF THE PARTIES**

was filed with the Court's ECF system, which, in turn, served a true and accurate copy on the following listed counsel as follows:

☒ **Electronically Served through ECF:**

Jeffrey F. Gersh, Esq.          jgersh@gershderbylaw.com
Paul B. Derby, Esq.             pderby@gershderbylaw.com

☐ **Conventionally Served through U.S. Mail Delivery:**

Dated: June 15, 2012

/s/ *James C. Potepan*
JAMES C. POTEPAN

---

RC1/6505908.1/MA5 — - 1 - — CV03-2702-DDP (MLGx)
CERTIFICATE OF SERVICE