JAMES C. POTEPAN (SBN 107370)
COURTNEY E. CURTIS (SBN 245231)
ROPERS, MAJESKI, KOHN & BENTLEY
515 South Flower Street, Suite 1100
Los Angeles, CA  90071-2213
Telephone:  (213) 312-2000
Facsimile:   (213) 312-2001
Email:         jpotepan@rmkb.com
                    ccurtis@rmkb.com

JS-6

Attorneys for Defendant
MOET HENNESSY USA, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICYN PACKARD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MOET HENNESSY USA, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.:  12-CV-03691 RGK (MAN)<br><br>*Assigned Judge:  Hon. R. Gary Klausner*<br><br>Complaint Filed:        03/29/2012<br><br>**[~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO STIPULATION OF THE PARTIES** |

## [PROPOSED] ORDER

The Court, having read and considered the Stipulation for Dismissal of the Entire Action with Prejudice, filed by Plaintiff Alicyn Packard ("Plaintiff") and Defendant Moet Hennessy USA, Inc. ("Defendant"), and good cause appearing therefor,

/ / /

/ / /

/ / /

/ / /

/ / /

RC1/6505175.1/CC10                                      - 1 -

*Ropers Majeski Kohn & Bentley*
*A Professional Corporation*
*Los Angeles*

**IT IS HEREBY ORDERED THAT:**

    a.    the entire action be dismissed with prejudice; and

    b.    that each party bear her or its own costs, expenses, and attorneys' fees incurred in connection with the action.

Dated: June 21, 2012      _____

                                         Hon. R. Gary Klausner

                                   United States District Court Judge